IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.  3:21-cv-00609-TJC-MCR

BANK OF AMERICA, N.A.,

    Plaintiff,

v.

LASER SKIN SOLUTIONS
JACKSONVILLE, INC., and  JILL
LEZAIC, Individually,

    Defendants.
_____/

**AMENDED CONSENT DECREE**

    This matter coming to be heard on the Parties' Agreed Motion to Dismiss and for Entry of Consent Decree, the Court finding that the parties agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction, the parties requesting that the Court retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994), and the Court directing the Parties to file an Amended Consent Decree (D.E. 9),

    IT IS HEREBY ORDERED:

    1.    Laser Skin Solutions Jacksonville, Inc. and Jill Lezaic (collectively, the "Defendants"), jointly and severally, must pay the principal amount of $169,128.72, plus interest at the rate of 6.99% per annum, plus any previously deferred sums (unless expressly waived by Plaintiff), plus attorneys' fees and costs and any additional interest which accrues through the

Settlement End Date (the "Settlement Sum") to Plaintiff Bank of America, N.A. ("Plaintiff") as follows:

    a. installments of Four Thousand and 00/100 Dollars ($4,000.00) each, beginning on November 19, 2021, and on the nineteenth (19th) day of each month thereafter, until November 19, 2023;

    b. Regular interest billed before October 1, 2021, totaling $17,032.72, will be deferred to and paid on December 1, 2023 (the "Settlement End Date");

    c. Attorneys' fees and costs incurred up to October 26, 2021, totaling $7,106.90, in addition to any attorneys' fees and costs incurred thereafter, will be deferred to and paid on the Settlement End Date;

    d. Default interest accrued up to October 26, 2021, totaling $9,846.06, will be deferred to and paid on the Settlement End Date, provided however, if the entire Settlement Sum is paid on or before the Settlement End Date, the foregoing default interest will be waived;

    e. Late charges accrued prior to October 26, 2021, totaling $3,061.33, will be deferred to and paid on the Settlement End Date, provided however, if the Settlement Sum is paid on or before the Settlement End Date, the foregoing late charges will be waived;

    f. The remaining Settlement Sum must be paid by the Settlement End Date.

2. If the Defendants fail to make any payment of the Settlement Sum when due, Plaintiff shall be entitled to reinstate this lawsuit and enter monetary judgment in its favor and against the Defendants, jointly and severally, for the unpaid portion of the Settlement Sum, plus attorneys' fees and costs incurred.

3. By the consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the parties' settlement as incorporated in this consent decree or as otherwise permitted by applicable rule or law.

4. This case shall be dismissed without prejudice with leave to reinstate on or before July 1, 2024 for the purpose of enforcing the terms of the parties' settlement as incorporated in this consent decree. In the event a motion to reinstate or motion to enforce settlement is not filed on or before July 1, 2024, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court. Except as set forth herein, each party shall bear its own attorneys' fees and costs.

**ACKNOWLEDGED AND AGREED:**

| | |
|---|---|
| **BANK OF AMERICA, N.A.** | **LASER SKIN SOLUTIONS JACKSONVILLE, INC.** |
| By: s/ Joseph P. Hynes | By: /s/ Jill Lezaic |
| One of Its Attorneys | Jill Lezaic, President |

**JILL LEZAIC**

By: /s/ Jill Lezaic

Jill Lezaic, individually

**ENTERED** this ____ day of _____, 2021.

_____