IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 3:21-cv-00609-TJC-MCR

BANK OF AMERICA, N.A.,

    Plaintiff,

v.

LASER SKIN SOLUTIONS JACKSONVILLE,
INC., and JILL LEZAIC, Individually,

    Defendants.

_____/

**SECOND AMENDED CONSENT DECREE**

This matter coming to be heard on the Parties' Joint Motion to Dismiss and for Entry of Consent Decree (D.E. 7), the Court finding that the parties agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction, the parties requesting that the Court retain jurisdiction to enforce the terms of their settlement agreement dated October 26, 2021 and the Amendment to Settlement Agreement dated November 9, 2021 (hereafter collectively referred to as the "Settlement Agreement") under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994), the Court having directed the Parties to file and the Parties having filed the Amended Consent Decree (D.E. 10), the Court further directing the Parties to clarify the amounts due under the Settlement Agreement and having held a hearing regarding same, and the Parties having engaged in additional discussions to further amend the Settlement Agreement, with the instant Second Amended Consent Decree reflecting the Parties' Settlement Agreement, as amended:

IT IS HEREBY ORDERED:

1. Laser Skin Solutions Jacksonville, Inc. and Jill Lezaic (collectively, the "Defendants"), jointly and severally, must pay the principal amount outstanding as of February 22, 2022 of $128,344.24, plus interest at the rate of 6.99% per annum, plus any previously deferred sums as enumerated below (unless expressly waived by Plaintiff as set forth below), plus attorneys' fees and costs, and any additional interest which accrues through December 1, 2023 (the "Settlement Sum") to Plaintiff Bank of America, N.A. ("Plaintiff") as follows:

   a. Monthly installments beginning on February 19, 2022 and on the 19th day of each month thereafter until November 19, 2023 as follows [1]:

| Installment | Due Date |
| --- | --- |
| $2000.00 | 2/19/2022 |
| $2000.00 | 3/19/2022 |
| $2000.00 | 4/19/2022 |
| $2000.00 | 5/19/2022 |
| $2000.00 | 6/19/2022 |
| $2000.00 | 7/19/2022 |
| $4000.00 | 8/19/2022 |
| $4000.00 | 9/19/2022 |
| $4000.00 | 10/19/2022 |
| $10,000.00 | 11/19/2022 |
| $10,000.00 | 12/19/2022 |
| $4000.00 | 1/19/2023 |
| $2000.00 | 2/19/2023 |
| $2000.00 | 3/19/2023 |
| $2000.00 | 4/19/2023 |
| $2000.00 | 5/19/2023 |
| $2000.00 | 6/19/2023 |
| $2000.00 | 7/19/2023 |
| $4000.00 | 8/19/2023 |
| $4000.00 | 9/19/2023 |
| $4000.00 | 10/19/2023 |
| $10,000.00 | 11/19/2023 |

---

[1] Payments due on November 19, 2021, December 19, 2021 and January 19, 2022 and February 19, 2022 have already been made under the Settlement Agreement, as amended. The next payment is due on March 19, 2022.

b. Any and all sums remaining after the completion of the monthly installments enumerated in Paragraph 1(a) herein shall be paid on or before December 1, 2023 (the "Settlement End Date"). Provided all the monthly installments enumerated in paragraph 1(a) herein are paid as required, the remaining sums due on the Settlement End Date shall be as further enumerated in paragraph 1(g) herein;

c. Regular interest billed before October 1, 2021, totaling $17,032.72, will be deferred to and paid on the Settlement End Date;

d. Attorneys' fees and costs incurred up to October 26, 2021, totaling $7,106.90, in addition to any attorneys' fees and costs incurred thereafter, will be deferred to and paid on the Settlement End Date;

e. Default interest accrued up to October 26, 2021, totaling $9,846.06, will be deferred to and paid on the Settlement End Date, provided however, if the entire Settlement Sum is paid on or before the Settlement End Date, the foregoing default interest will be waived;

f. Late charges accrued prior to October 26, 2021, totaling $3,061.33, will be deferred to and paid on the Settlement End Date, provided however, if the Settlement Sum is paid on or before the Settlement End Date, the foregoing late charges will be waived;

g. The remaining Settlement Sum must be paid by the Settlement End Date. Provided there is no default under the Settlement Agreement and all amounts due are paid in a timely fashion, including the payment of all amounts outstanding on or before the Settlement End Date, the balloon payment due at

    the Settlement End Date is estimated to be $78,051.07 (comprised of principal and interest remaining at the Settlement End Date of approximately $53,911.45, plus previously deferred regular interest billed up to October 1, 2021 of $17,032.72 and previously deferred attorneys' fees of $7,106.90), ("Remaining Settlement Sum");

  h. If the Remaining Settlement Sum is not paid in full on or before the Settlement End Date, previously deferred default interest and late charges ($9,846.06 and $3,061.33, respectively) will not be waived and will be payable in addition to the Remaining Settlement Sum, for a total due and owing at the Settlement End Date of approximately $90,958.46, plus any other payments which may have been missed.

2. If the Defendants fail to make any payment of the Settlement Sum when due, Plaintiff shall be entitled to reinstate this lawsuit and enter monetary judgment in its favor and against the Defendants, jointly and severally, for the unpaid portion of the Settlement Sum, plus attorneys' fees and costs incurred.

3. By the consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the parties' settlement as incorporated in this consent decree or as otherwise permitted by applicable rule or law.

4. This case shall be dismissed without prejudice with leave to reinstate on or before July 1, 2024 for the purpose of enforcing the terms of the parties' settlement as incorporated in this consent decree. In the event a motion to reinstate or motion to enforce settlement is not filed on or before July 1, 2024, the Court shall relinquish jurisdiction and the case shall be deemed

dismissed with prejudice without further order of the Court. Except as set forth herein, each party shall bear its own attorneys' fees and costs.

**ACKNOWLEDGED AND AGREED:**

**BANK OF AMERICA, N.A.**

By: *s/ Joseph P. Hynes*
　　One of Its Attorneys

**LASER SKIN SOLUTIONS JACKSONVILLE, INC.**

By: *[signature]*
　　Jill Lezaic, President

**JILL LEZAIC**

By: *[signature]*
　　Jill Lezaic, individually

**ENTERED** this ____ day of _____, 2022.

_____